UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JANE DOE,

                Plaintiff,

       v.

SEAN COMBS, HARVE PIERRE; THE THIRD
ASSAILANT; DADDY'S HOUSE RECORDINGS,
INC. and BAD BOY ENTERTAINMENT
HOLDINGS, INC.,

                Defendants.
------------------------------------------------------------X

Civil Case No.: 1:23-cv-10628

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Michael J. Willemin of Wigdor LLP hereby enters her appearance as counsel on behalf of Plaintiff Jane Doe in the above-captioned matter.

Dated: December 6, 2023
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
      Michael J. Willemin

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mwillemin@wigdorlaw.com
*Counsel for Plaintiff*