UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JANE DOE,                                         :
                                                  :      Civil Case No.: 1:23-cv-10628
                    Plaintiff,                    :
                                                  :      **NOTICE OF APPEARANCE**
        v.                                        :
                                                  :
SEAN COMBS, HARVE PIERRE; THE THIRD               :
ASSAILANT; DADDY'S HOUSE RECORDINGS,              :
INC. and BAD BOY ENTERTAINMENT                    :
HOLDINGS, INC.,                                   :
                                                  :
                    Defendants.                   :
---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Meredith A. Firetog of Wigdor LLP hereby enters her appearance as counsel on behalf of Plaintiff Jane Doe in the above-captioned matter.

Dated:   December 6, 2023
         New York, New York                              Respectfully submitted,

                                                         **WIGDOR LLP**

                                                         By: _____
                                                              Meredith A. Firetog

                                                         85 Fifth Avenue
                                                         New York, NY 10003
                                                         Telephone: (212) 257-6800
                                                         Facsimile: (212) 257-6845
                                                         mfiretog@wigdorlaw.com
                                                         *Counsel for Plaintiff*