UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JANE DOE,                                                                     :
                                                                                        :  Civil Case No.: 1:23-cv-10628 (JGLC)
                     Plaintiff,                                 :
                                                                                        :  **[PROPOSED] ORDER**
         v.                                                              :
                                                                                        :
SEAN COMBS; HARVE PIERRE; THE THIRD              :
ASSAILANT; DADDY'S HOUSE RECORDINGS,        :
INC. and BAD BOY ENTERTAINMENT                       :
HOLDINGS, INC.,                                                        :
                                                                                        :
                     Defendants.                             :
-------------------------------------------------------------X

      Upon good cause shown, the request of Plaintiff to proceed using the pseudonym "Jane Doe" is GRANTED.

Date: _____, 2023

                                                       _____
                                                        Hon. Jessica GL Clarke,
                                                        U.S. District Judge