

**Meredith A. Firetog**
mfiretog@wigdorlaw.com

December 19, 2023

<u>VIA ECF</u>

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20C
New York, New York 10007

      Re:    <u>Doe v. Combs, et. al.</u>, Case No.: 1:23-cv-10628 (JGLC)

Dear Judge Clarke,

We represent Plaintiff Jane Doe in the above-captioned matter. Pursuant to the Court's Notice of Initial Pretrial Conference, ECF 18, we write to inform the Court that we have served both the Order and Your Honor's Individual Rules on counsel for Defendants, per the email attached hereto.

Respectfully submitted,

*/s/ Meredith Firetog*
Meredith A. Firetog

Encl.