AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Doe | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-10628-JGLC |
| Combs et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sean Combs, Daddy's House Recording Studio, Inc., and Bad Boy Entertainment Holdings, Inc.

Date: 12/21/2023

/s/Jonathan D. Davis
*Attorney's signature*

Jonathan D. Davis (#1840321)
*Printed name and bar number*

1 Rockefeller Plaza, Suite 1712
New York, New York 10020
*Address*

jdd@jddavispc.com
*E-mail address*

(212) 687-5464
*Telephone number*

(212) 697-2521
*FAX number*