UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| JANE DOE, | : | |
| | : | Civil Action No. 23-cv-10628 (JGLC) |
| Plaintiff, | : | |
| | : | **STIPULATION** |
| v. | : | **ACKNOWLEDGING** |
| | : | **SERVICE OF THE** |
| SEAN COMBS, HARVE PIERRE; THE THIRD | : | **SUMMONS AND COMPLAINT** |
| ASSAILANT; DADDY'S HOUSE RECORDINGS, | : | **AND BRIEFING FOR MOTION** |
| INC. and BAD BOY ENTERTAINMENT | : | |
| HOLDINGS, INC., | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for Plaintiff, on the one hand, and Defendants, on the other hand, as follows:

1. Jonathan D. Davis, P.C., attorneys for Defendants Sean Combs ("Combs"), Daddy's House Recording Studio, Inc. (incorrectly sued as "Daddy's House Recordings, Inc.") ("DHR"), and Bad Boy Entertainment Holdings, Inc. ("BBE," and collectively with Combs and DHR, the "Combs Defendants"), hereby acknowledges, as of December 21, 2023, service of process of the Summons and Complaint, dated December 6, 2023 (the "Complaint"), in the above-captioned action.

2. The Law Offices of Scott E. Leemon, PC, attorneys for Defendant Harve Pierre ("Pierre"), hereby acknowledges, as of December 21, 2023, service of process of the Complaint in the above-captioned action.

3. Plaintiff, the Combs Defendants, and Pierre acknowledge and agree that the time to answer, move, or otherwise respond to the Complaint shall be, and hereby is, Tuesday, February 20, 2024.

4. Plaintiff acknowledges and agrees that the Combs Defendants and Defendant Pierre fully preserve, and do not waive, any and all rights and defenses they possess, except for the defense of improper service of process.

5. In connection with Plaintiff's Motion to Proceed Anonymously (the "<u>Motion</u>"), Plaintiff, the Combs Defendants, and Pierre acknowledge and agree that the opposition to the Motion shall be filed on or before Wednesday, December 27, 2023, and Plaintiff's reply, if any, shall be filed on or before Monday, January 8, 2024.

6. This stipulation can be signed in counterparts, and facsimile/PDF/electronic signatures shall be deemed originals for the purpose of this stipulation.

Dated:   December 21, 2023
         New York, New York

| JONATHAN D. DAVIS, P.C. | WIGDOR LLP |
|---|---|
| By: */s/Jonathan D. Davis* | By: */s/Douglas H. Wigdor* |
| Jonathan D. Davis (jdd@jddavispc.com) | Douglas H. Wigdor (dwigdor@wigdorlaw.com) |
| Anthony C. LoMonaco (acl@jddavispc.com) | Michael J. Willemin (mwillemin@wigdorlaw.com) |
| 1 Rockefeller Plaza, Suite 1712 | Meredith A. Firetog (mfiretog@wigdorlaw.com) |
| New York, New York 10020 | 85 Fifth Avenue |
| Tel: (212) 687-5464 | New York, New York 10003 |
| Fax: (212) 697-2521 | Tel: (212) 257-6800 |
|  |  |
| -and- | *Attorneys for Plaintiff Jane Doe* |

BERK BRETTLER LLP
Andrew B. Brettler (abrettler@berkbrettler.com)
9119 Sunset Boulevard
West Hollywood, California 90069
Tel: (310) 278-2111

*Attorneys for Defendants Sean Combs, Daddy's House Recording Studio, Inc., and Bad Boy Entertainment Holdings, Inc.*

LAW OFFICES OF SCOTT E.
LEEMON, PC


By: */s/Scott E. Leemon*
Scott E. Leemon (scott@leemonlaw.com)
41 Madison Avenue, 31st Floor
New York, New York 10010
Tel: (212) 696-9111

*Attorneys for Defendant Harve Pierre*


SO ORDERED:


_____
Jessica Gloria Lynn Clarke, U.S.D.J.