UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JANE DOE,

                Plaintiff,

v.                                      **NOTICE OF APPEARANCE**

SEAN COMBS, HARVE PIERRE;
THE THIRD ASSAILANT; DADDY'S      23 CV 10628 (JGLC)
HOUSE RECORDINGS, INC. and
BAD BOY ENTERTAINMENT
HOLDINGS, INC.,

                Defendants
------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that the undersigned law firm, the Law Offices of Scott E. Leemon, PC, by **Scott E. Leemon, Esq.**, hereby enters an appearance on behalf of the defendant, Harve Pierre.

      Dated: 12/21/23              _____/s/_____
         NY, NY                Scott E. Leemon, Esq.
                                          Law Offices of Scott E. Leemon, PC
                                          41 Madison Avenue, 31st Floor
                                          New York, NY  10010
                                          212/ 696-9111-Phone
                                          917/ 238-0880-Cell
                                           scott@leemonlaw.com