AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Jane Doe, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  23-cv-10628 (JGLC) |
| Harve Pierre | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Harve Pierre                                                                                                             .

Date:     12/21/2023                                                                /s/
*Attorney's signature*

Jonathan Savella (JS2120)
*Printed name and bar number*

40 Exchange Place, Ste. 1800
New York, NY 10005
*Address*

jonathan.savella@gmail.com
*E-mail address*

(646) 801-2184
*Telephone number*

*FAX number*