# LAW OFFICES OF SCOTT E. LEEMON, P.C.

**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
**scott@leemonlaw.com**
**www.leemonlaw.com**

---

January 17, 2024

Via ECF
Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:   Doe v Combs, et. al. (Pierre)
             Docket Number:  1:23-CV-10628 (JGLC)

Dear Judge Clarke:

    I submit this letter, as counsel for Harve Pierre, to respectfully join in the arguments raised in the sealed Memorandum of Law[1] filed by counsel for Defendant, Sean Combs (and the related corporate defendants).

    For the reasons set forth in the Memorandum of Law, this court should deny the Plaintiff's application to proceed anonymously as "Jane Doe" under Rule 10(a) of the Fed. R. Civ. P.

---

[1] See Sealed Memorandum of Law in Opposition to Plaintiff's Motion to Proceed Anonymously filed on January 17, 2024.

Thank you.

        Respectfully submitted,

          *Scott E. Leemon*

        Scott Leemon
        *Counsel for Defendant, Harve Pierre*

cc: All counsel (via ECF)