UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JANE DOE,

                Plaintiff,

                                                NOTICE OF APPEARANCE

     -v.-

                                                23-cv-10628 (JGLC)

SEAN COMBS, HARVE PIERRE, DADDY'S
HOUSE RECORDINGS, INC, and BAD BOY
ENTERTAINMENT HOLDINGS, INC.,

                Defendants.
---------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

      PLEASE TAKE NOTICE that the undersigned, BOBBI C. STERNHEIM, ESQ., an attorney admitted to practice before this Court, hereby appears as counsel for Defendants:

                SEAN COMBS,

                DADDY'S HOUSE RECORDINGS, INC, and

                BAD BOY ENTERTAINMENT HOLDINGS, INC.

Dated: February 15, 2024

                                                *Bobbi C. Sternheim*
                                                BOBBI C. STERNHEIM, ESQ.
                                                Law Offices of Bobbi C. Sternheim
                                                225 Broadway – Suite 715
                                                New York, NY 10007
                                                212-243-1100
                                                bcsternheim@mac.com