UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JANE DOE,

                    Plaintiff,

       -v.-

SEAN COMBS, HARVE PIERRE, DADDY'S
HOUSE RECORDINGS, INC, and BAD BOY
ENTERTAINMENT HOLDINGS, INC.,

                    Defendants.
-------------------------------------------------------------x

NOTICE OF APPEARANCE

23-cv-10628 (JGLC)

To the Clerk of this Court and all parties of record:

    PLEASE TAKE NOTICE that the undersigned, BOBBI C. STERNHEIM, ESQ., an attorney admitted to practice before this Court, hereby appears as counsel for Defendants:

        SEAN COMBS,

        DADDY'S HOUSE RECORDINGS, INC, and

        BAD BOY ENTERTAINMENT HOLDINGS, INC.

Dated: February 15, 2024

        *Bobbi C. Sternheim*
        BOBBI C. STERNHEIM, ESQ.
        Law Offices of Bobbi C. Sternheim
        225 Broadway – Suite 715
        New York, NY 10007
        212-243-1100
        bcsternheim@mac.com