UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SEAN COMBS, HARVE PIERRE; THE THIRD ASSAILANT; DADDY'S HOUSE RECORDINGS, INC. and BAD BOY ENTERTAINMENT HOLDINGS, INC.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-10628-JGLC<br>Assigned to the Hon. Jessica G.L. Clarke<br><br>**MOTION FOR ADMISSION PRO HAC VICE**<br><br>Action Filed: December 6, 2023<br>Courtroom: 20C |

Pursuant to Rule 1.3 of the Local Rules of the United States Court of the Southern District and Eastern Districts of New York, I, Shawn Holley hereby move this court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants Sean Combs, Daddy's House Recordings, Inc., and Bad Boy Entertainment Holdings, Inc., in the above-captioned action.

I am in good standing with the bar in the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit to Local Rule 1.3.

DATED: February 16, 2024　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　　　*/s/ Shawn Holley*
　　　　　　　　　　　　　　　　　　　Shawn Holley
　　　　　　　　　　　　　　　　　　　sholley@khiks.com
　　　　　　　　　　　　　　　　　　　KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
　　　　　　　　　　　　　　　　　　　11766 Wilshire Blvd., Suite 750
　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90025
　　　　　　　　　　　　　　　　　　　T: (310) 566-9810/ F: (310) 566-9850

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Sean CombsDaddy's House Recordings, Inc., and Bad Boy Entertainment Holdings, Inc.*