**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>vs.<br><br>SEAN COMBS, HARVE PIERRE; THE THIRD ASSAILANT; DADDY'S HOUSE RECORDINGS, INC. and BAD BOY ENTERTAINMENT HOLDINGS, INC.,<br><br>        Defendants. | Case No. 1:23-cv-10628-JGLC<br>Assigned to the Hon. Jessica G.L. Clarke<br><br>**DECLARATION OF SHAWN HOLLEY IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**<br><br>Action Filed: December 6, 2023<br>Courtroom: 20C |

I, Shawn Holley, hereby declare as follows:

1. I have never been convicted of a felony.
2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.
3. There are no pending disciplinary proceedings against me in any state or federal court.
4. I am a member in good standing of the bar of the State of California.
5. The Honorable Valerie E. Caproni approved my previous pro hac vice application in the case of *Dixon v Reid,* Case No: 1:23-cv-09878-VEC on January 25, 2024.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

DATED: February 16, 2024

Respectfully submitted,

By:     */s/ Shawn Holley*
Shawn Holley
sholley@khiks.com
KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 Wilshire Blvd., Suite 750
Los Angeles, CA 90025
T: (310) 566-9810/ F: (310) 566-9850

*Attorneys for Defendant Sean CombsDaddy's House Recordings, Inc., and Bad Boy Entertainment Holdings, Inc.*