**EXHIBIT B**

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

January 9, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SHAWN KATHERINE SNIDER, #136811 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 1988; that at their request, on March 17, 2005, their name was changed to SHAWN CHAPMAN HOLLEY on the records of the State Bar of California; that they have been since the date of admission, and are at date hereof, an ACTIVE licensee of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records