# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SEAN COMBS, HARVE PIERRE; THE THIRD ASSAILANT; DADDY'S HOUSE RECORDINGS, INC. and BAD BOY ENTERTAINMENT HOLDINGS, INC.,<br><br>　　　　Defendants. | Case No. 1:23-cv-10628-JGLC<br>Assigned to the Hon. Jessica G.L. Clarke<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br><br>Action Filed: December 6, 2023<br>Courtroom: 20C |

　　The motion of Shawn Holley for admission to practice *Pro Hac Vice* in the above captioned action is granted.

　　Applicant has declared that she is a member in good standing of the bar of the State of California and that her contract information is as follows:

　　Applicant's Name: Shawn Holley
　　Firm Name: Kinsella Holley Iser Kump Steinsapir LLP
　　Address: 11766 Wilshire Blvd., Suite 750
　　City/State/Zip: Los Angeles, CA 90025
　　Telephone/Fax: T: (310) 566-9810/ F: (310) 566-9850
　　Email: sholley@khiks.com

　　Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Sean Combs, Daddy's House Recordings, Inc., and Bad Boy Entertainment Holdings, Inc.

　　**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: February 16, 2024

By: _____
*United States District Judge*