UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------x
JANE DOE,                          :    Civil Action No. 23-cv-10628 (JGLC)
                                   :
              Plaintiff,           :    RULE 7.1 STATEMENT
                                   :
       v.                          :
                                   :
SEAN COMBS; HARVE PIERRE; THE THIRD:
ASSAILANT; DADDY'S HOUSE RECORDINGS,:
INC. and BAD BOY ENTERTAINMENT     :
HOLDINGS, INC.,                    :
                                   :
              Defendants.          :
-----------------------------------x
```

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Bad Boy Entertainment Holdings, Inc. certifies that there is no parent corporation or publicly held corporation owning ten percent (10%) or more of its membership interest. The undersigned counsel further certifies that Bad Boy Entertainment Holdings, Inc. is a citizen of New York and California, having its place of incorporation in New York and its principal place of business at 9255 Sunset Boulevard, West Hollywood, California 90069.

1

Dated: February 20, 2024
New York, New York

                                                JONATHAN D. DAVIS, P.C.

By:    */s/Jonathan D. Davis*
        Jonathan D. Davis
        Anthony C. LoMonaco
        1 Rockefeller Plaza, Suite 1712
        New York, New York 10020
        (212) 687-5464
        jdd@jddavispc.com
        acl@jddavispc.com

        Law Offices of Bobbi C. Sternheim
        225 Broadway, Suite 715
        New York, New York 10007
        (212) 243-1100
        bcsternheim@mac.com

        -and-

        Kinsella Holley Iser Kump
        Steinsapir LLP (admitted *pro hac vice*)
        11766 Wilshire Boulevard, Suite 750
        Los Angeles, California 90025
        (310) 566-9800
        SHolley@khiks.com

        *Attorneys for Defendant Bad Boy Entertainment Holdings, Inc.*