UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JANE DOE,                                      :   Civil Action No. 23-cv-10628 (JGLC)
                                               :
              Plaintiff,                       :   RULE 7.1 STATEMENT
                                               :
       v.                                      :
                                               :
SEAN COMBS; HARVE PIERRE; THE THIRD            :
ASSAILANT; DADDY'S HOUSE RECORDINGS,           :
INC. and BAD BOY ENTERTAINMENT                 :
HOLDINGS, INC.,                                :
                                               :
              Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Daddy's House Recordings, Inc. certifies that there is no parent corporation or publicly held corporation owning ten percent (10%) or more of its membership interest. The undersigned counsel further certifies that Daddy's House Recordings, Inc. is a citizen of New York and California, having its place of incorporation in New York and its principal place of business at 9255 Sunset Boulevard, West Hollywood, California 90069.

1

Dated: February 20, 2024
       New York, New York

                         JONATHAN D. DAVIS, P.C.

By:   */s/Jonathan D. Davis*
      Jonathan D. Davis
      Anthony C. LoMonaco
      1 Rockefeller Plaza, Suite 1712
      New York, New York 10020
      (212) 687-5464
      jdd@jddavispc.com
      acl@jddavispc.com

      Law Offices of Bobbi C. Sternheim
      225 Broadway, Suite 715
      New York, New York 10007
      (212) 243-1100
      bcsternheim@mac.com

      -and-

      Kinsella Holley Iser Kump Steinsapir LLP (admitted *pro hac vice*)
      11766 Wilshire Boulevard, Suite 750
      Los Angeles, California 90025
      (310) 566-9800
      SHolley@khiks.com

      *Attorneys for Defendant Daddy's House Recordings, Inc.*