UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JANE DOE,                                    :   Civil Action No. 23-cv-10628 (JGLC)
                                             :
                Plaintiff,                   :   NOTICE OF MOTION
                                             :
        v.                                   :
                                             :
SEAN COMBS; HARVE PIERRE; THE THIRD          :
ASSAILANT; DADDY'S HOUSE RECORDINGS,         :
INC. and BAD BOY ENTERTAINMENT               :
HOLDINGS, INC.,                              :
                                             :
                Defendants.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

**PLEASE TAKE NOTICE** that upon this Notice of Motion, dated as of February 20, 2024, and the accompanying Declaration of Jonathan D. Davis, dated February 20, 2024, with exhibits, and the supporting memorandum of law, dated February 20, 2024, and upon all prior proceedings heretofore had herein, Defendants Daddy's House Recordings, Inc. and Bad Boy Entertainment Holdings, Inc, by their attorneys, will move this Court, pursuant to Fed. R. Civ. P. 12(b)(6), before the Honorable Jessica G. L. Clarke, at the United States District Courthouse, Courtroom 20C, 500 Pearl Street, New York, New York 10007, for an order dismissing Plaintiff's Complaint [Dkt. No. 1].

Answering declarations and memorandum of law, if any, shall be filed on or before Tuesday, March 5, 2024, and any reply declarations and memorandum of law shall be filed on or before Tuesday, March 12, 2024, unless otherwise extended by the Court.

Dated:   February 20, 2024
        New York, New York

                                          JONATHAN D. DAVIS, P.C.

By:   /s/Jonathan D. Davis
      Jonathan D. Davis
      Anthony C. LoMonaco
      1 Rockefeller Plaza, Suite 1712
      New York, New York 10020
      (212) 687-5464
      jdd@jddavispc.com
      acl@jddavispc.com

Law Offices of Bobbi C. Sternheim
225 Broadway, Suite 715
New York, New York 10007
(212) 243-1100
bcsternheim@mac.com

-and-

Kinsella Holley Iser Kump
Steinsapir LLP
(admitted *pro hac vice*)
11766 Wilshire Boulevard, Suite 750
Los Angeles, California 90025
(310) 566-9800
SHolley@khiks.com

*Attorneys for Defendants Daddy's House Recordings, Inc., and Bad Boy Entertainment Holdings, Inc.*