UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JANE DOE,                                    :    Civil Action No. 23-cv-10628 (JGLC)
                                             :
                Plaintiff,                   :    DECLARATION OF
                                             :    JONATHAN D. DAVIS
        v.                                   :    IN SUPPORT OF MOTION
                                             :    TO DISMISS UNDER
SEAN COMBS; HARVE PIERRE; THE THIRD          :    FED R. CIV. P. 12(b)(6)
ASSAILANT; DADDY'S HOUSE RECORDINGS,         :
INC. and BAD BOY ENTERTAINMENT               :
HOLDINGS, INC.,                              :
                                             :
                Defendants.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

JONATHAN D. DAVIS declares as follows:

1. I am the sole shareholder of Jonathan D. Davis, P.C., attorneys for Defendants Daddy's House Recordings, Inc. and Bad Boy Entertainment Holdings, Inc. (the "Corporate Defendants").

2. I submit this declaration in support of the Corporate Defendants' motion under Fed. R. Civ. P. 12(b)(6) for an order dismissing the Complaint [Dkt. No. 1].

3. Attached as Exhibit A is a true and correct copy of an excerpt of the New York City Council's Legislation Text for Introduction No. 1012-A, Local Law No. 2018/063, which provides, *inter alia*, the language of N.Y.C. Admin. Code § 10-1104, effective prior to January 9, 2022.

4. Attached as Exhibit B is a true and correct copy of the New York City Council's Legislation Text for Introduction No. 2372-B, Local Law No. 2022/021, which provides, *inter alia*, the language of N.Y.C. Admin. Code § 10-1104, effective as of January 9, 2022.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York, on this 20th day of February 2024.

/s/Jonathan D. Davis
JONATHAN D. DAVIS