UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JANE DOE,                                    :   Civil Action No. 23-cv-10628 (JGLC)
                                             :
                Plaintiff,                   :   NOTICE OF MOTION
                                             :
        v.                                   :
                                             :
SEAN COMBS; HARVE PIERRE; THE THIRD          :
ASSAILANT; DADDY'S HOUSE RECORDINGS,         :
INC. and BAD BOY ENTERTAINMENT               :
HOLDINGS, INC.,                              :
                                             :
                Defendants.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

**PLEASE TAKE NOTICE** that upon this Notice of Motion, dated as of February 23, 2024, and the accompanying Supplemental Declaration of Jonathan D. Davis, dated February 23, 2024, with exhibits, and the supporting supplemental memorandum of law, dated February 23, 2024, and upon all prior proceedings heretofore had herein, Defendant Sean Combs, by his attorneys, will move this Court, in accordance with Fed. R. Civ. P. 12(c), before the Honorable Jessica G. L. Clarke, at the United States District Courthouse, Courtroom 20C, 500 Pearl Street, New York, New York 10007, for an order dismissing Plaintiff's Complaint [Dkt. No. 1].

Answering declarations and memorandum of law, if any, shall be filed on or before Friday, March 8, 2024, and any reply declarations and memorandum of law shall be filed on or before Friday, March 15, 2024, unless otherwise extended by the Court.

Dated:   February 23, 2024
         New York, New York

                                        JONATHAN D. DAVIS, P.C.

By:   */s/ Jonathan D. Davis*
      Jonathan D. Davis
      Anthony C. LoMonaco
      1 Rockefeller Plaza, Suite 1712
      New York, New York 10020
      (212) 687-5464
      jdd@jddavispc.com
      acl@jddavispc.com

      Law Offices of Bobbi C. Sternheim
      225 Broadway, Suite 715
      New York, New York 10007
      (212) 243-1100
      bcsternheim@mac.com

      -and-

      Kinsella Holley Iser Kump
      Steinsapir LLP
      (admitted *pro hac vice*)
      11766 Wilshire Boulevard, Suite 750
      Los Angeles, California 90025
      (310) 566-9800
      SHolley@khiks.com

      *Attorneys for Defendant Sean Combs*