UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
| | |
|---|---|
| JANE DOE, | : Civil Action No. 23-cv-10628 (JGLC) |
| Plaintiff, | : **SUPPLEMENTAL DECLARATION** |
| | : **OF JONATHAN D. DAVIS** |
| v. | : |
| SEAN COMBS; HARVE PIERRE; THE THIRD ASSAILANT; DADDY'S HOUSE RECORDINGS, INC. and BAD BOY ENTERTAINMENT HOLDINGS, INC., | : |
| Defendants. | : |

------------------------------------x

JONATHAN D. DAVIS declares as follows:

1. I am the sole shareholder of Jonathan D. Davis, P.C., attorneys for Defendants Sean Combs, Daddy's House Recordings, Inc., and Bad Boy Entertainment Holdings, Inc. (collectively, the "Corporate Defendants").

2. I submit this declaration in support of the Corporate Defendants' motion under Fed. R. Civ. P. 12(b)(6) [Dkt. Nos. 41-43] for an order dismissing the Complaint [Dkt. No. 1], and for Defendant Combs's motion for judgment on the pleadings under Fed. R. Civ. P. 12(c).

3. Attached as Exhibit A is a true and correct copy of the Memorandum and Order issued by the Honorable Judge Lewis A. Kaplan in *Bellino v. Tallarico*, No. 24-cv-00712, Dkt. No. 7 (S.D.N.Y. Feb. 24, 2024).

4. Attached as Exhibit B is a true and correct copy of the Memorandum of Law in Support of Motion to Dismiss filed in in the *Bellino* case. Dkt. No. 6 (S.D.N.Y. Feb. 2, 2024).

1

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York, on this 23rd day of February 2024.

                                                  */s/ Jonathan D. Davis*
                                                  JONATHAN D. DAVIS