UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
| JANE DOE, | : | Civil Action No. 23-cv-10628 (JGLC) |
|---|---|---|
| Plaintiff, | : | **NOTICE OF MOTION** |
| v. | : | |
| SEAN COMBS; HARVE PIERRE; THE THIRD ASSAILANT; DADDY'S HOUSE RECORDINGS, INC. and BAD BOY ENTERTAINMENT HOLDINGS, INC., | : | |
| Defendants. | : | |
------------------------------------x

**PLEASE TAKE NOTICE** that upon this Notice of Motion, dated as of May 10, 2024, and the accompanying Declaration of Jonathan D. Davis, dated May 10, 2024, with exhibits, and the supporting memorandum of law, dated May 10, 2024, and upon all prior proceedings had herein, Defendants Sean Combs, Daddy's House Recordings, Inc., and Bad Boy Entertainment Holdings, Inc., by their attorneys, will move this Court, pursuant to Fed. R. Civ. P. 12(b)(6), before the Honorable Jessica G. L. Clarke, at the United States District Courthouse, Courtroom 20C, 500 Pearl Street, New York, New York 10007, for an order dismissing Plaintiff's Amended Complaint [Dkt. No. 52] with prejudice.

Answering declarations and memoranda of law, if any, shall be filed on or before Friday, June 7, 2024, and any reply declarations and memoranda of law shall be filed on or before Friday, June 21, 2024, unless otherwise extended by the Court.

Dated: May 10, 2024
New York, New York

                                    JONATHAN D. DAVIS, P.C.

By: */s/ Jonathan D. Davis*
Jonathan D. Davis
Anthony C. LoMonaco
1 Rockefeller Plaza
Suite 1712
New York, New York 10020
(212) 687-5464

*Attorneys for Defendants
Sean Combs, Daddy's House
Recordings, Inc., and Bad
Boy Entertainment Holdings, Inc.*