UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>         Plaintiff,<br><br> -against-<br><br>SEAN COMBS, HARVE PIERRE, THE THIRD ASSAILANT, DADDY'S HOUSE RECORDINGS, INC. and BAD BOY ENTERTAINMENT HOLDINGS, INC.,<br><br>         Defendants. | Case No. 23-cv-10628-JGLC<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, Michael Tremonte of the firm Sher Tremonte LLP, hereby appears as counsel for Defendants Sean Combs, Daddy's House Recordings, Inc., and Bad Boy Entertainment Holdings, Inc. in connection with the above-captioned action.

Dated: New York, New York
   May 30, 2024

              **SHER TREMONTE LLP**

              By: /s/ *Michael Tremonte*
                 Michael Tremonte
              90 Broad Street, 23rd Floor
              New York, New York 10004
              Tel: 212.202.2600
              Email: MTremonte@shertremonte.com

              *Attorney for Defendants Sean Combs,*
              *Daddy's House Recordings, Inc., and*
              *Bad Boy Entertainment Holdings, Inc*
              .