# LAW OFFICES OF SCOTT E. LEEMON, P.C.

**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
**scott@leemonlaw.com**
**www.leemonlaw.com**

---

June 21, 2024

<u>Via ECF</u>
Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:   Doe v Combs, et. al. (Pierre)
          <u>Docket Number:  1:23-CV-10628 (JGLC)</u>

Dear Judge Clarke:

    We submit this letter, as counsel for Harve Pierre, to respectfully join in the arguments raised in the Reply Papers (D.E. 62) filed by counsel for Defendant, Sean Combs (and the related corporate defendants).

    For the reasons set forth in those documents, the claims revival provision of N.Y.C. Admin. Code § 10-1105 is invalid. Plaintiff's claim against Mr. Pierre must be dismissed as untimely.

Thank you.

                Respectfully submitted,

                    *Scott Leemon*
                Scott Leemon

                    *Jonathan Savella*
                Jonathan Savella
                *Counsel for Defendant, Harve Pierre*

cc:  All counsel (via ECF)