AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| JANE DOE ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-10628-JGLC |
| SEAN COMBS et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sean Combs, Daddy's House Recordings, Inc., and Bad Boy Entertainment Holdings, Inc.

Date: 10/24/2024

/s/ Colin J. Steele
*Attorney's signature*

Colin J. Steele (#5436001)
*Printed name and bar number*

Jonathan D. Davis, P.C.
1 Rockefeller Plaza. Suite 1712
New York, New York 10020
*Address*

cs@jddavispc.com
*E-mail address*

(212) 687-5464
*Telephone number*

(212) 697-2521
*FAX number*