# JONATHAN D. DAVIS, P.C.

ATTORNEYS AT LAW

1 ROCKEFELLER PLAZA
SUITE 1712
NEW YORK, NEW YORK 10020

TEL: (212) 687-5464
FAX: (212) 697-2521
WWW.JDDAVISPC.COM

October 24, 2024

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Court
500 Pearl Street
New York, New York 10007



Re: *Doe v. Combs, et al.*, Case No. 23-cv-10628 (JGLC)

Dear Judge Clarke:

    I am one of the counsel of record for Defendants Sean Combs, Daddy's House Recording Studio, Inc., and Bad Boy Entertainment Holdings, Inc. (collectively, the "Combs Defendants"). I filed my Notice of Appearance on December 21, 2023 [Dkt. No. 21].

    I write to advise the Court and all counsel of record that, effective October 25, 2024, I will no longer be employed by Jonathan D. Davis, P.C., attorneys for the Combs Defendants.

    In accordance with Local Rule 1.4, I respectfully request that the Court issue an order relieving me as counsel of record for the Combs Defendants.

    I thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Anthony C. LoMonaco*

Anthony C. LoMonaco

cc: All Counsel of Record (via ECF)

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 67.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: October 25, 2024
       New York, New York