

**Meredith A. Firetog**
mfiretog@wigdorlaw.com

MEMO ENDORSED

December 9, 2024

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 11B
New York, New York 10007

Re:   *Kane v. Combs*, Case No.: ~~23-cv-109628~~ 23-cv-10628  (JGLC)

Dear Judge Clarke:

We represent Plaintiff Anna Kane ("Plaintiff") in the above-captioned action.  Pursuant to Your Honor's Order of February 29, 2024 directing Plaintiff to pursue this action with the use of a pseudonym pending a decision on Defendants' Motion to Dismiss (ECF 49) and Your Honor's Order of December 5, 2024 deciding Defendants' Motion to Dismiss (ECF 70), Plaintiff refiled her First Amended Complaint under her legal name on December 6, 2024.  ECF 71.  As Your Honor may know, today that filing was rejected by the Clerk's Office.  In our conversations with the Clerk's Office, we have been informed that absent an order from Your Honor explicitly directing Plaintiff to refile her First Amended Complaint under her legal name, her attempts to do so will be rejected.  Consequently, Plaintiff respectfully requests that the Court enter a text order directing her to refile her First Amended Complaint under her legal name.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*Meredith Firetog*

Meredith A. Firetog

cc: All counsel of record (*via* ECF)

The Court has received Plaintiff's December 9, 2024 letter. ECF No. 72. To effectuate this Court's prior orders regarding Plaintiff's anonymity, *see* ECF Nos. 44 and 70, Plaintiff is HEREBY DIRECTED to re-file her Amended Complaint under her legal name.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: December 10, 2024
         New York, New York