# LAW OFFICES OF SCOTT E. LEEMON, P.C.

41 Madison Avenue, 31st Floor
New York, New York 10010
(212) 696-9111--- Office
(917) 238-0880---Mobile
scott@leemonlaw.com
www.leemonlaw.com

---

December 16, 2024

Via ECF
Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:   Kane v Combs, et. al. (Pierre)
          Docket Number: 1:23-CV-10628 (JGLC)

Dear Judge Clarke:

    We submit this letter, as counsel for Harve Pierre, to respectfully request that the time for the Mr. Pierre to answer or move be extended from December 26, 2024, to **January 7, 2025**.

    Meredith Firetog, counsel for the plaintiff, informs me that she consents to this application.

I thank you in advance for your consideration of this request.

                                    Respectfully submitted,

                                        *Scott E. Leemon*
                                    Scott Leemon

                                        *Jonathan Savella*
                                    Jonathan Savella
                                    *Counsel for Defendant, Harve Pierre*

cc: All counsel (via ECF)