# LAW OFFICES OF SCOTT E. LEEMON, P.C.

**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
scott@leemonlaw.com
www.leemonlaw.com

---------------------------------------------------------------------------

December 16, 2024

Via ECF
Honorable Jessica G.L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

     Re:   Kane v Combs, et. al. (Pierre)
            Docket Number: 1:23-CV-10628 (JGLC)

Dear Judge Clarke:

We submit this letter, as counsel for Harve Pierre, to respectfully request that the time for the Mr. Pierre to answer or move be extended from December 26, 2024, to **January 7, 2025**.

Meredith Firetog, counsel for the plaintiff, informs me that she consents to this application.

I thank you in advance for your consideration of this request.

Respectfully submitted,

*Scott E. Leemon*

Scott Leemon

*Jonathan Savella*

Jonathan Savella
*Counsel for Defendant, Harve Pierre*

cc:  All counsel (via ECF)

Application GRANTED. Defendant Pierre shall file an answer to the amended complaint by **January 7, 2025.** The Clerk of Court is respectfully directed to terminate ECF No. 75.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: December 17, 2024
         New York, New York