# SHER TREMONTE LLP

December 18, 2024

**VIA ECF**
Honorable Jessica G.L. Clarke
United States District Court
500 Pearl Street
New York, NY 10007



**Re:**    *Kane v. Combs et al.*, **23-cv-10628(JGLC)**

Dear Judge Clarke:

We write on behalf of Sean Combs, a defendant in the above captioned case. Pursuant to paragraph 2(a) and 2(e) of Your Honor's Individual Rules and Practices, the undersigned counsel respectfully request a brief extension of the deadline for Mr. Combs to answer or move against the Amended Complaint filed December 10, 2024 (ECF No. 74). In light of previously scheduled travel plans and deadlines in other matters, we respectfully request that the deadline be extended from December 24, 2024, to January 7, 2025.

This is Defendant Sean Combs's first request for an extension of time to answer the Amended Complaint. Plaintiff's counsel consents to this request. No appearances before the Court are currently scheduled.

Application GRANTED. Defendant Combs shall answer or otherwise respond to the amended complaint by **January 7, 2025**. The Clerk of Court is respectfully directed to terminate ECF No. 77.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: December 19, 2024
   New York, New York

Respectfully submitted,

 */s/ Erica A. Wolff*

Erica A. Wolff
Michael Tremonte

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156