UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                Plaintiff,<br><br>    v.<br><br>SEAN COMBS, HARVE PIERRE; THE THIRD ASSAILANT; DADDY'S HOUSE RECORDINGS, INC. and BAD BOY ENTERTAINMENT HOLDINGS, INC.<br><br>                Defendants. | Case No. 1:23-cv-10628-JGLC<br>Assigned to the Hon. Jessica G.L. Clarke<br><br>**MOTION FOR ADMISSION**<br>**PRO HAC VICE**<br><br>Action Filed: December 6, 2023<br>Courtroom 20C |

Pursuant to Rule 1.3 of the Local Rules of the United States Court of the Southern District and Eastern Districts of New York, I, Erica H. MacDonald hereby move this court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant, The Walt Disney Company, in the above-captioned action.

I am in good standing with the bar in the State of Minnesota and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit to Local Rule 1.3.

DATED: April 9, 2025                Respectfully submitted,

                                    By: s/ Erica H. MacDonald
                                        Erica H. MacDonald
                                        erica.macdonald@faegredrinker.com
                                        FAEGRE DRINKER BIDDLE & REATH LLP
                                        2200 Wells Fargo Center
                                        90 South Seventh Street
                                        Minneapolis, MN 55402
                                        T: (612) 766-7000
                                        F: (612) 766-1600

                                        Attorneys for Defendant The Walt Disney Company