UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE,

                    Plaintiff,

-against-

SEAN COMBS, et al.,

                    Defendants.

23-CV-10628 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

      Plaintiff Jane Doe ("Plaintiff" or "Doe") filed this action against Sean Combs ("Combs"), Harve Pierre ("Pierre"), the Third Assailant, Daddy's House Recordings, Inc. ("Daddy's House") and Bad Boy Entertainment ("Bad Boy") (collectively, "Defendants"), and alleges that Combs, Pierre, and the Third Assailant trafficked, sexually assaulted, and gang raped her when she was a teenager. ECF No. 74. By order dated December 5, 2024, this Court granted in part and denied in part Defendants' motion to dismiss, and terminated Daddy's House and Bad Boy from the litigation. ECF No. 70. Thereafter, the parties filed a case management plan and scheduling order (the "CMP"). ECF No. 80. Most of the discovery deadlines in the CMP were tied to the conclusion of Mr. Combs's criminal trial; on July 2, 2025, the jury rendered its verdict, thereby bringing the trial to a close.

      In light of the conclusion of the criminal trial, the parties are ORDERED to confer and submit a revised case management plan and scheduling order for the Court's review by **July 14, 2025**. In addition, the case management conference currently scheduled for July 10, 2025 is ADJOURNED, and will be rescheduled when the Court enters a revised CMP.

Dated: July 2, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge

1