UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNA KANE,<br><br>                            Plaintiff,<br><br>-against-<br><br>SEAN COMBS, et al.,<br><br>                            Defendants. | 23-CV-10628 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      The Court has received Defendants Sean Combs and Harve Pierre's ("Defendants") letter motion seeking a stay of discovery pending two appeals presently before the Second Circuit: *Parker v. Alexander*, No. 25-487, and *Doe v. Black*, 25-564. ECF No. 85. *Parker* and *Doe* involve the question of whether the 2022 amendment to the VGMVPL is pre-empted by the New York State's Child Victims Act and Adult Survivor's Act. Defendants seek a stay because, depending on the disposition of these appeals, Plaintiff's claims (and this entire action) could be extinguished as time-barred. Plaintiff opposes the stay, arguing that the case has already been stayed for over a year to accommodate Mr. Combs's criminal trial, and that a further delay would unduly prejudice her. ECF No. 87.

      Given certain procedural and factual differences between the present case and other cases in this District in which proceedings have been stayed, the Court finds that it would benefit from a conference with counsel to better understand their respective positions. Accordingly, counsel shall appear for a conference before this Court on **September 4, 2025** at **12:00 PM** in Courtroom

2

11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York,

New York, to discuss the motion. Proceedings shall remain STAYED until that time.

Dated: August 6, 2025
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge