UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNA KANE,

                Plaintiff,

-against-

SEAN COMBS, et al.,

                Defendants.

23-CV-10628 (JGLC)

**ORDER REGARDING DEFENDANTS' STAY MOTION**

JESSICA G. L. CLARKE, United States District Judge:

      Defendants Sean Combs and Harve Pierre's ("Defendants") filed a letter motion seeking a stay of discovery pending two appeals presently before the Second Circuit: *Parker v. Alexander*, No. 25-487, and *Doe v. Black*, 25-564. ECF No. 85 ("Stay Mot."). Plaintiff opposed that request. On September 4, 2025, the Court held a conference with the parties to discuss Defendants' request.

      The Court remains unconvinced, at this juncture, that either parties' proposal—a complete stay of discovery or proceeding with discovery in full—is appropriate in this case. The Court suggested at the conference that the parties engage in at least some discovery over the next few months before reassessing a stay. However, at the conference and without the benefit of the Court's thinking on this issue, Plaintiff's counsel was unable to articulate a sufficiently narrow or tailored proposal for limited fact discovery.

      As such, Plaintiff's counsel is directed to file a letter (not to exceed 1,500 words) by **September 15, 2025**, with a proposal for limited fact discovery to occur over a four-month period that prioritizes (1) discovery on issues likely to be unavailable or more difficult to obtain after a lengthy delay; and (2) discovery related to the alleged "Third Assailant." The letter should include the number of depositions, third-party subpoenas, and categories of document requests

1

that Plaintiff is likely to seek. Any discovery plan would be adopted without prejudice to Plaintiff's ability to pursue additional discovery after any stay is lifted.

Defendants may file an opposition letter to this proposal (not to exceed 1,500 words) by **September 22, 2025**.

Dated: September 8, 2025
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge