UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNA KANE,<br><br>                    Plaintiff,<br><br>    -against-<br><br>SEAN COMBS, HARVE PIERRE, and THE THIRD ASSAILANT,<br><br>                    Defendants. | Case No. 23-cv-10628 (JGLC)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, Katie Renzler of the firm Sher Tremonte LLP, hereby appears as counsel for Defendant Sean Combs in connection with the above-captioned action.

Dated: New York, New York
       September 19, 2025

                              SHER TREMONTE LLP

                              By:  /s/ Katie Renzler
                                    Katie Renzler
                              90 Broad Street, 23rd Floor
                              New York, New York 10004
                              Tel: 212.202.2600
                              Email: krenzler@shertremonte.com

                              *Attorney for Defendant Sean Combs*