**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

ANNA KANE,

Plaintiff,

v.

SEAN COMBS, HARVE PIERRE; THE THIRD ASSAILANT; DADDY'S HOUSE RECORDINGS, INC. and BAD BOY ENTERTAINMENT HOLDINGS, INC.,

Defendants.

----------------------------------------------------------------X

Civil Case No. 1:23-cv-10628-JGLC

Upon good cause shown, the request of Plaintiff to File an Amended Pleading is GRANTED.

Date: __________, 2026

______________________________
Hon. Jessica G. L. Clarke
U.S. District Judge