UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE, et al.,

Plaintiffs,

-against-

SEAN COMBS, et al.,

Defendants.

23-CV-10628 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Pending before this Court is Sher Tremonte LLP's Motion to Withdraw all of its individual attorneys as counsel for Defendant Sean Combs in this case. ECF No. 104. This motion is GRANTED for the reasons stated in the application.

The Motion and attached declaration, ECF No. 105, suggest that if the Motion is granted, Defendant will be left without counsel and will need additional time to find new counsel. On the docket, however, are several attorneys of record for Mr. Combs who are not associated with Sher Tremonte. *See* ECF Nos. 20 (Jonathan David Davis), 33 (Bobbi C. Sternheim), 37 (Shawn Holley), 68 (Colin Steele). If those attorneys seek to withdraw from this action, they must do so by motion under Local Civil Rule 1.4.

The Clerk of Court is directed to terminate ECF No. 104.

Dated: October 27, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge