**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
ANNA KANE,

Plaintiff,

Case No. 23-cv-10628(JGLC)

-v.-

SEAN COMBS, HARVE PIERRE, and
THE THIRD ASSAILANT.

Defendants.
-----------------------------------------------------x

NOTICE OF MOTION
FOR LEAVE TO WITHDRAW
AS COUNSEL OF RECORD

PLEASE TAKE NOTICE that upon the Declaration of Bobbi C. Sternheim, Esq., dated October 29, 2026, and all prior pleadings and proceedings herein, Bobbi C. Sternheim, Esq. will move this Court at a time and date to be set by the Court, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY, 10007, for an Order, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, granting Bobbi C. Sternheim, Esq. leave to withdraw as counsel of record for Defendant Sean Combs, and for such other and further relief as the Court may deem just and proper.

Dated: October 29, 2026
New York, NY

/s/ Bobbi C. Sternheim
BOBBI C. STERNHEIM, ESQ.
Law Offices of Bobbi C. Sternheim
225 Broadway, Suite 715
New York, NY 10007
212-243-1100
bcsternheim@mac.com

Counsel's motion to withdraw under Local Rule 1.4 is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 113. SO ORDERED.

Jessica Clarke
JESSICA G. L. CLARKE
United States District Judge

Dated: October 30, 2026
White Plains, New York