AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Anna Kane
*Plaintiff*
v.
Sean Combs et al.
*Defendant*

Case No. 23-cv-10628 (JGLC)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sean Combs, Daddy's House Recording Studio, Inc., and Bad Boy Entertainment Holdings, Inc. .

Date: 11/11/2026

*Attorney's signature*

Adam R. Rahman (#5515663)
*Printed name and bar number*

Jonathan D. Davis, P.C.
1 Rockefeller Plaza, Suite 1712
New York, New York 10020
*Address*

arr@jddavispc.com
*E-mail address*

(212) 867-5464
*Telephone number*

(212) 697-2521
*FAX number*