JONATHAN D. DAVIS, P.C.
ATTORNEYS AT LAW
1 ROCKEFELLER PLAZA
SUITE 1712
NEW YORK, NEW YORK 10020

TEL: (212) 687-5464
FAX: (212) 697-2521
WWW.JDDAVISPC.COM

November 11, 2026

**VIA ECF**

The Honorable Jessica G. L. Clarke
United States District Court
300 Quarropas Street, Room 320
White Plains, New York 10601

Re: *Doe v. Combs, et al.*, Case No. 1:23-cv-10628 (JGLC)

Dear Judge Clarke:

My law firm was formerly active in the above-referenced action on behalf of Defendants Sean Combs, Daddy's House Recording Studio, Inc., and Bad Boy Entertainment Holdings, Inc. (collectively, the "Combs Defendants"). In 2024, Sher Tremonte LLP (the "ST Firm") assumed full responsibility for the defense of the Combs Defendants and my firm became inactive, but never withdrew as counsel of record. Since then, the corporate defendants were dismissed from the action. (ECF No. 70.)

The Court recently granted the ST Firm's motion to withdraw, as well as the motions to withdraw filed by Bobbi C. Sternheim and Shawn Holley. (ECF Nos. 112, 115, 118.) My firm will now resume its active representation of Mr. Combs in the action. My colleagues, Adam R. Rahman and David C. Russell, will promptly file their notices of appearance.

I understand that on October 21, 2026, Plaintiff filed a motion for leave to file a Second Amended Complaint, which would, among other things, add the corporate defendants back to the case. (ECF Nos. 108-111.) I respectfully request that the Court grant Mr. Combs an extension of time to respond to the motion, from November 4, 2026 to December 11, 2026, so that my firm can review it and determine whether opposition is warranted. I have been away from this case for more than two years and my team and I need a reasonable amount of time to refamiliarize ourselves with the facts and issues and giving consideration to the upcoming holiday. Because the case remains at an early stage and discovery is stayed (ECF No. 103), the requested extension will not prejudice any party or affect any current deadlines. This is Mr. Combs's first request for an extension of this deadline. No conference or other appearance is currently scheduled before the Court.

On November 10, 2026, I spoke with Plaintiff's counsel, Meredith Firetog, concerning the requested extension. Although Ms. Firetog would not consent to the extension, she authorized me to inform the Court that Plaintiff does not oppose the request.

This request is made in good faith and not for delay or any other improper purpose. I thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Jonathan D. Davis*

Jonathan D. Davis

JDD:hs

cc: Douglas H. Wigdor, Esq.
Meredith A. Firetog, Esq.
Michael J. Willemin, Esq.
Scott E. Leemon, Esq.
Jonathan T. Savella, Esq.
(via ECF)